THE DEGNON-MCLEAN CONSTRUCTION COMPANY, Respondent, *v.* THE CITY TRUST, SAFE DEPOSIT AND SURETY COMPANY OF PHILADELPHIA, Appellant.

*Degnon-McLean Constr. Co.* v. *City Trust, S. D. & S. Co.,* 99 App. Div. 195, affirmed.
(Argued February 5, 1906; decided February 27, 1906.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered

December 17, 1904, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial.

*Frederic J. Swift* for appellant.

*Herman Aaron* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, VANN, WILLARD BARTLETT and CHASE, JJ.